IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

AUSTIN ALMOND,

        Plaintiff,

v.                                          Case No.:

TRANS UNION, LLC, UNITED RESOURCE
SYSTEMS, INC., and WAKEFIELD &
ASSOCIATES, LLC,

        Defendants.

### DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW Defendant Trans Union LLC ("Trans Union") and files this Notice of Removal pursuant to 28 U.S.C. § 1446(a), and in support thereof would respectfully show the court as follows:

### A. PROCEDURAL BACKGROUND

1. On May 19, 2023, Plaintiff Austin Almond ("Plaintiff") filed his Complaint in the Circuit Court of Cherokee County, Alabama, under Case No. 13-CV-2023-900063.00 ("State Court Action") alleging that Defendant Trans Union ("Trans Union") violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*

2. Defendant Trans Union was served with Plaintiff's Complaint on June 25, 2023. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

### B. GROUNDS FOR REMOVAL

3. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Trans Union pursuant to the

provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. *See* 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the FCRA and United Resource Systems, Inc. ("URS") and Wakefield & Associates, LLC's ("Wakefield") violations of the Fair Debt Collection Practices Act ("FDCPA"). Moreover, Plaintiff's claims based on state and common law, if any, may be adjudicated by this Court pursuant to 28 U.S.C. §§ 1367 and 1441(c).

### C.  COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

5. On the same day that this Notice of Removal is filed, Trans Union will give written notice of the removal to Plaintiff, and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cherokee County, Alabama, as required by 28 U.S.C. § 1446(d).

6. Pursuant to 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant Trans Union are attached hereto as **Exhibit A**.

7. Trial has not commenced in the Circuit Court of Cherokee County, Alabama.

8. Defendants who have been served upon the date of filing of this Notice of Removal and remain parties to this litigation, consent to the removal of this case. Joinders in the Removal from Defendants United Resource Systems, Inc., and Wakefield & Associates, LLC, are attached hereto as **Exhibit B and C**, respectively.

WHEREFORE, PREMISES CONSIDERED, Trans Union LLC, hereby gives notice that this action is removed to this, the United States District Court for the Northern District of

Alabama, Middle Division, and requests that it receive such other and further relief to which it may show itself justly entitled at law or in equity.

                                        Respectfully submitted,

                                        *s/Matthew W. Robinett*
                                        **MATTHEW W. ROBINETT**
                                        ASB-3523-I72M
                                        Attorneys for Defendant Trans Union LLC
                                        NORMAN, WOOD, KENDRICK & TURNER
                                        Ridge Park Place, Suite 3000
                                        1130 22nd Street South
                                        Birmingham, AL  35205
                                        Telephone: (205) 328-6643
                                        Facsimile:  (205) 251-5479
                                        mrobinett@nwkt.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26 day of June 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

| | |
|---|---|
| W. Whitney Seals<br>Cochrun & Seals, LLC<br>P.O. Box 10448<br>Birmingham, AL 35202-0448<br>Telephone: (205) 323-3900<br>Facsimile: (205) 323-3906<br>filings@cochrunseals.com<br>***Counsel for Plaintiff*** | Kristen P. Watson<br>Burr & Forman LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>Telephone: (205) 458-5169<br>Facsimile: (205) 244-5676 Fax<br>kwatson@burr.com<br>***Counsel for United Resource Systems, Inc.*** |

*s/Matthew W. Robinett*
**MATTHEW W. ROBINETT**

4

6366059.1