UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| AUSTIN ALMOND, § | |
| § | Case No. 4:23-cv-00823-CLM |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| TRANS UNION, LLC; UNITED § | |
| RESOURCE SYSTEMS, INC., and § | |
| WAKEFIELD & ASSOCIATES, LLC, § | |
| § | |
| *Defendants.* § | |

## DEFENDANT WAKEFIELD & ASSOCIATES, LLC'S ANSWER TO PLANTIFF'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant WAKEFIELD & ASSOCIATES, LLC ("Wakefield") and files this Answer to Plaintiff's Complaint as follows:

### PRELIMINARY STATEMENT

Wakefield admits that Plaintiff has asserted claims against its, as well as the remaining named defendants, for actual, statutory and punitive damages, costs and attorneys' fees, for alleged violations of the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681 *et seq*. and the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. § 1692 *et seq*. Wakefield denies any violation of the FCRA or FDCPA.

Wakefield further denies that Plaintiff is entitled to any damages or relief sought against it. Wakefield lacks information or knowledge sufficient to admit or deny the remaining allegations contained in the first unnumbered paragraph of the Complaint; therefore, it denies the same.

## STATEMENT OF THE PARTIES

1. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 1; therefore, it denies the same.

2. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 2; therefore, it denies the same.

3. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 3; therefore, it denies the same.

4. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 4; therefore, it denies the same.

5. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 5; therefore, it denies the same.

6. Wakefield admits that it is a Colorado corporation. Wakefield admits that the location information in Paragraph 6 is generally correct. Wakefield lacks information or knowledge sufficient to admit or deny the remainder of Paragraph 6; therefore, it denies the same.

7. Wakefield admits that at times it acts as a debt collector, however, it lacks knowledge or information sufficient to form a belief about the truth of whether it acted as a "debt collector" as the term is defined under the FDCPA in this particular matter; therefore, it denies the same. Wakefield lacks information or knowledge sufficient to admit or deny the remainder of Paragraph 7; therefore, it denies the same.

8. Wakefield admits that at times it acts as a furnisher of credit information, however, it lacks knowledge or information sufficient to form a belief about the truth of whether it acted as a "furnisher" as the term is defined under the FCRA in this particular matter; therefore, it denies the same. Wakefield lacks information or knowledge sufficient to admit or deny the remainder of Paragraph 8; therefore, it denies the same.

9. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 9; therefore, it denies the same.

10. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 10; therefore, it denies the same.

11. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 11; therefore, it denies the same.

## STATEMENT OF FACTS

12.  Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 12; therefore, it denies the same.

13.  Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 13; therefore, it denies the same.

14.  Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 14; therefore, it denies the same.

15.  Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 15; therefore, it denies the same.

16.  Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 16; therefore, it denies the same.

17.  Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 17; therefore, it denies the same.

18.  Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 18; therefore, it denies the same.

19.  Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 19; therefore, it denies the same.

20.  Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 20; therefore, it denies the same.

21. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 21; therefore, it denies the same.

22. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 22; therefore, it denies the same.

23. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 23; therefore, it denies the same.

24. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 24; therefore, it denies the same.

25. Wakefield denies furnishing inaccurate credit information. Wakefield lacks information or knowledge sufficient to admit or deny the remainder of Paragraph 25; therefore, it denies the same.

26. Wakefield denies furnishing inaccurate credit information. Wakefield lacks information or knowledge sufficient to admit or deny the remainder of Paragraph 26; therefore, it denies the same.

27. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 27; therefore, it denies the same.

28. Wakefield denies furnishing inaccurate credit information. Wakefield lacks information or knowledge sufficient to admit or deny the remainder of Paragraph 28; therefore, it denies the same.

29. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 29; therefore, it denies the same.

30. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 30; therefore, it denies the same.

31. Wakefield denies furnishing inaccurate credit information. Wakefield lacks information or knowledge sufficient to admit or deny the remainder of Paragraph 31; therefore, it denies the same.

32. Wakefield denies furnishing inaccurate credit information. Wakefield lacks information or knowledge sufficient to admit or deny the remainder of Paragraph 32; therefore, it denies the same.

33. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 33; therefore, it denies the same.

34. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 34; therefore, it denies the same.

## COUNT I

35. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 35; therefore, it denies the same.

36. Wakefield denies furnishing inaccurate credit information. Wakefield lacks information or knowledge sufficient to admit or deny the remainder of Paragraph 36; therefore, it denies the same.

37. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 37; therefore, it denies the same.

38. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 38; therefore, it denies the same.

39. Wakefield denies furnishing inaccurate credit information. Wakefield lacks information or knowledge sufficient to admit or deny the remainder of Paragraph 39; therefore, it denies the same.

40. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 40; therefore, it denies the same.

41. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 41; therefore, it denies the same.

42. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 42; therefore, it denies the same.

## COUNT II

43. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 43; therefore, it denies the same.

44. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 44; therefore, it denies the same.

45. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 45; therefore, it denies the same.

46. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 46; therefore, it denies the same.

47. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 47; therefore, it denies the same.

## COUNT III

48. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 48; therefore, it denies the same.

49. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 49; therefore, it denies the same.

50. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 50; therefore, it denies the same.

51. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 51; therefore, it denies the same.

52. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 52; therefore, it denies the same.

## COUNT IV

53. Wakefield denies Paragraph 53.

54. Wakefield denies Paragraph 54.

55. Wakefield denies Paragraph 55, and further denies that Plaintiff is entitled to any relief or damages sought against it.

56. Wakefield denies Paragraph 56, and further denies that Plaintiff is entitled to any relief or damages sought against it.

57. Wakefield denies Paragraph 57, and further denies that Plaintiff is entitled to any relief or damages sought against it.

## COUNT V

58. Wakefield denies Paragraph 58.

59. Wakefield denies Paragraph 59.

60. Wakefield lacks information or knowledge sufficient to admit or deny Paragraph 60; therefore, it denies the same.

61. Wakefield denies Paragraph 61.

62. Wakefield denies Paragraph 62, and further denies that Plaintiff is entitled to any relief or damages sought against it.

## PRAYER FOR RELIEF

63. Wakefield denies Plaintiff's Prayer for Relief, in its entirety, and denies Plaintiff is entitled to any relief or damages.

## TRIAL BY JURY

37. Wakefield admits that Plaintiff seeks a trial by jury in this case.

## AFFIRMATIVE DEFENSES

38. Any violation, if it occurred, was the result of bona fide error.

39. Plaintiff's damages, if any, were pre-existing damages not caused by Wakefield.

40. Plaintiff has failed to mitigate damages if any.

41. Plaintiff proximately caused his own damages, if any

42. Plaintiff's damages, if any, were caused by a third party over which Wakefield had no control.

WHEREFORE, PREMISES CONSIDERED, Defendants Wakefield & Associates, LLC respectfully prays that Plaintiff take nothing herein, that Wakefield be dismissed with their costs, and all other and further relief, at law or in equity, to which Wakefield may be justly entitled.

Dated: July 5, 2023                                    Respectfully submitted,


/s/ L. Jackson Young, Jr.
L. Jackson Young, Jr.
(ASB-7946-G65L)
**COUNSEL FOR DEFENDANT**
**WAKEFIELD & ASSOCIATES, LLC**

**OF COUNSEL:**
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama  35203
Telephone:  (205) 795-6588
Facsimile:  (205) 328-7234
E-mail:  LJYoung@csattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system to all parties entitled to notice of the same on this 5th day of July 2023.

W. Whitney Seals
COCHRUN & SEALS, LLC
P.O. Box 10448
filings@cochrunseals.com
*Attorney for Plaintiff*

Matthew Robinett
NORMAN WOOD KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, Alabama  35205
mrobinett@nwkt.com
*Attorney for Trans Union, LLC*

Kristen Peters Watson
Allyson R. Mancuso
BURR & FORMAN
420 20th Street North, Suite 3400
Birmingham, Alabama  35203
kwatson@burr.com
amancuso@burr.com
*Attorney for United Resource Systems, Inc.*

>/s/   L. Jackson Young, Jr.
>OF COUNSEL